[No. 68606-2-I.   Division One.   September 16, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. YEVGENI OSTROVSKI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-07511-3, Laura Gene Middaugh, J., entered March 9, 2012. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Leach, C.J., and Verellen, J.

[No. 68619-4-I.   Division One.   September 16, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREW SIMON LOPEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-07875-9, Sharon S. Armstrong, J., entered April 13, 2012. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Becker, J., concurred in by Dwyer and Lau, JJ.

[No. 68636-4-I.   Division One.   September 16, 2013.]

HYON PAK ET AL., *Appellants*, v. DOMINIC SHIM, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-19872-5, Sharon S. Armstrong, J., entered March 20, 2012. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Leach, C.J., and Grosse, J.

[No. 68746-8-I.   Division One.   September 16, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT MICHAEL FREEDMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-07373-1, Christopher A. Washington, J., entered May 7, 2012. *Affirmed* by unpublished opinion per Cox, J., concurred in by Grosse and Verellen, JJ.